# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

AF Holdings, LLC
                Plaintiff,

v.
                                  Case No.: 1:12–cv–04227
                                  Honorable Sharon Johnson Coleman

John Doe
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 22, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Plaintiff's motion for discovery prior to the Rule 26(f) Conference [11] is entered and continued to 6/28/2012 at 08:45 AM. as the court will not be in session on 6/27/2012.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.