**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

AF Holdings, LLC
                        Plaintiff,

v.                                     Case No.: 1:12–cv–04227
                                            Honorable Sharon Johnson Coleman

John Doe
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 28, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 6/28/2012. Plaintiff's renewed motion for leave to take discovery prior to the Rule 26(f) conference [11] is granted. As set forth in open court, limited discovery will be allowed.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.